James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
MILLER SHAH LLP
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Christopher E. Roberts (SBN 363586)
Email: CRoberts@butschroberts.com
**BUTSCH ROBERTS & ASSOCIATES LLC**
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Telephone: (314) 863-5700

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| POONAM SUBBAIAH,<br><br>Plaintiff,<br><br>v.<br><br>CONNEXUM, LLC and JOHN DOES 1-5,<br><br>Defendant. | Case No. 8:26-cv-00417<br><br>**PLAINTIFF'S INITIAL RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AND REQUEST TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT TO APRIL 3, 2026** |

Case No. 8:26-cv-00417 - Initial Response to the Court's Order to Show Cause re: Dismissal for Lack of Prosecution and Request to extend Defendant's Deadline to Respond

Plaintiff, Poonam Subbaiah ("Plaintiff"), hereby submits her initial response to the Court's Order to Show Cause re: Dismissal for Lack of Prosecution dated March 23, 2026 [Dkt. 14] (appearing on the docket March 24, 2026) and states as follows:

First and foremost, Plaintiff's counsel sincerely apologizes to the Court for not previously advising the Court of the developments set forth in this submission. Plaintiff notes that her counsel has been diligent in prosecuting this matter, and asks that the case not be dismissed for failure to prosecute.

The deadline by which the Defendant, Connexum, LLC ("Connexum"), was to serve an answer was on March 20, 2026.

Two days before the deadline, on Wednesday, March 18, 2026, counsel for Plaintiff, Kolin Tang, received a voicemail from Nate Dawood who advised he was calling from Connexum. *See* Declaration of Christopher E. Roberts, ¶ 5. Mr. Dawood advised he received a copy of the lawsuit that had been filed. *Id.* Mr. Dawood further advised that he wanted to discuss resolving the matter before incurring the expense of retaining counsel. *Id.* Mr. Dawood left his phone number at which he could be contacted. *Id.*

That same day, on March 18, 2026, counsel for Plaintiff, Christopher E. Roberts, called Mr. Dawood back and discussed the case. *Id.* at ¶ 6. Mr. Dawood advised he was with Connexum and was interested in seeing if the parties could resolve the case before incurring the expense of retaining counsel. *Id.* As part of the discussions about potential resolution, Mr. Roberts agreed to provide Connexum an additional fourteen (14) days, until April 3, 2026, to give the parties time to explore any possibility of any resolution. *Id.* Part of the reason Mr. Roberts agreed to an additional 14 days, as opposed to a shorter period of time, was because he was leaving the country (and is currently out of the country) for most of the following week. *Id.* at ¶ 7.

Mr. Dawood e-mailed Mr. Roberts to confirm the two-week extension. *Id.* at ¶ 8. Mr. Dawood's signature block identified him as the "Loss Mitigation Officer for Connexum." *Id.* Mr. Roberts then confirmed the agreement with Connexum in response. *Id.*

Plaintiff's counsel sincerely apologizes to the Court for not advising the Court earlier as to the discussion with Mr. Dawood. Plaintiff's counsel was exploring if there was any possibility of an early-stage resolution for purposes of judicial economy and to potentially conserve resources for the parties. *Id.* at ¶ 9.

If this extension of time is not acceptable to the Court, and Plaintiff's counsel does not hear from the Court before March 30, 2026, to protect Plaintiff's interests, Plaintiff will move for default on March 30, 2026. However, Plaintiff's counsel advises the Court that they have no objection to providing Connexum until April 3, 2026, to respond to the Complaint, and thus requests that the Court enter an order extending Defendant's deadline to respond to April 3, 2026.  A proposed order to that effect is filed herewith.

Mr. Roberts has e-mailed Mr. Dawood to advise of Plaintiff's intention to file this submission and to move for default if the approach is not acceptable to the Court and/or if counsel does not hear from the Court before March 30, 2026. *Id.* at ¶ 10.

Dated: March 25, 2026

BUTSCH ROBERTS & ASSOCIATES LLC

*/s/ Christopher E. Roberts*
Christopher E. Roberts *(SBN 363586)*
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
Roberts@ButschRoberts.com

MILLER SHAH LLP

*/s/James C. Shah*
James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)

The filer attests that the signatories listed above, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and has authorized the filing.

Dated: March 25, 2026

*/s/ Kolin C. Tang*
Kolin C. Tang

Case No. 8:26-cv-00417 - Initial Response to the Court's Order to Show Cause re: Dismissal for Lack of Prosecution and Request to extend Defendant's Deadline to Respond

-4-

## CERTIFICATE OF SERVICE

I certify that on the date set forth below I caused to be served a true and correct copy of the foregoing document, and all documents filed in support thereof, on Defendant, Connexum, LLC, via U.S. mail and electronic mail.

Dated:  March 25, 2026

/s/ Kolin C. Tang

Case No. 8:26-cv-00417 - Initial Response to the Court's Order to Show Cause re: Dismissal for Lack of Prosecution and Request to extend Defendant's Deadline to Respond

-5-