James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
MILLER SHAH LLP
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Christopher E. Roberts (SBN 363586)
Email: CRoberts@butschroberts.com
**BUTSCH ROBERTS & ASSOCIATES LLC**
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Telephone: (314) 863-5700

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| POONAM SUBBAIAH, | Case No. 8:26-cv-00417-JWH-ADS |
| Plaintiff, | **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| v. | |
| CONNEXUM, LLC and JOHN DOES 1-5, | |
| Defendants. | |

Plaintiff, Poonam Subbaiah, hereby requests that the Clerk enter a default against Defendant, Connexum, LLC ("Defendant") since there has been a failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a). The basis for the request is set forth below:

1.    On February 23, 2026, Plaintiff filed his Complaint in this matter against Defendant. [Doc. No. 1].

2.    Defendant's registered agent is Cloud Peak Law LLC, located at 1095 Sugar View Dive, Suite 500, Sheridan, Wyoming 82801.

3.    Shortly after filing the Complaint, the summons and Complaint were sent out for service.

4.    Service was achieved on February 27, 2026. [Doc. No. 13]. The original deadline by which Defendant was required to file an answer or otherwise respond to the Complaint was March 20, 2026. *See id.*

5.    The Declaration of Christopher E. Roberts, which further details service, is attached as Exhibit 1.

6.    Plaintiff agreed to provide Defendant additional time, until April 3, 2026, to respond to the Complaint, and the Court permitted Defendant to respond on or before April 3, 2023. [Docs. 15 and 16].  The Court further ordered Plaintiff to file a request for entry of default by April 6, 2026, if Defendant did not respond to the Complaint by April 3, 2023. [Doc. 16].

7.    Defendant has not appeared or otherwise responded to the Complaint.

8.    Because there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests that the Clerk enter a default against Defendant. Upon the Clerk's entry of default, Plaintiff will then move for entry of a default judgment against Defendant Connexum, LLC.

WHEREFORE Plaintiff, Poonam Subbaiah, hereby moves for the Clerk to enter default against Defendant, Connexum, LLC and for the Court to grant any

further relief it deems just and proper.

Dated: April 6, 2026                    BUTSCH ROBERTS & ASSOCIATES LLC

                                        */s/ Christopher E. Roberts*
                                        Christopher E. Roberts *(SBN 363586)*
                                        7777 Bonhomme Avenue, Suite 1300
                                        Clayton, MO 63105
                                        Tel: (314) 863-5700
                                        Fax: (314) 863-5711
                                        Roberts@ButschRoberts.com

                                        MILLER SHAH LLP

                                        */s/James C. Shah*
                                        James C. Shah (SBN 260435)
                                        Email: jcshah@millershah.com
                                        Kolin C. Tang (SBN 279834)
                                        Email: kctang@millershah.com
                                        8730 Wilshire Boulevard, Suite 400
                                        Beverly Hills, California 90211
                                        Telephone: (866) 540-5505
                                        Facsimile: (866) 300-7367

                                        *Attorneys for Plaintiff*

### ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)

The filer attests that the signatories listed above, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and has authorized the filing.

Dated: April 6, 2026                    */s/ Kolin C. Tang*
                                        Kolin C. Tang

## CERTIFICATE OF SERVICE

I certify that on the date set forth below I caused to be served a true and correct copy of the foregoing document, and all documents filed in support thereof, on Defendant, Connexum, LLC, via U.S. mail and electronic mail.

Dated:  April 6, 2026

*/s/ Kolin C. Tang*